UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD YOUNG,

        Petitioner,

   v.

C. PFEIFFER,

        Respondent.

Case No. 16-cv-04329-RS (PR)

**ORDER OF DISMISSAL**

Petitioner has failed to respond to the order to show cause. By failing to respond, he has failed to show cause why the action should not be dismissed, and he has failed to prosecute this action. Accordingly, the action is DISMISSED. The order to show cause is DISCHARGED. The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:** December 5, 2016

_____
RICHARD SEEBORG
United States District Judge